UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Community Loan Servicing, LLC

In Re:

Peter Luna,

Debtor.

Case No.:      21-18799-VFP

Chapter:            13

Hearing Date:    1/20/2022

Judge:            Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 20)

_____

Date: 1/14/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*