DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:  PETER P LUNA
    17 COUNTRY CLUB LANE
    ELIZABETH,  NJ  07208

Atty:  DONALD C GOINS, ESQ
       GOINS & GOINS PA
       323 WASHINGTON AVE
       ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022**
Chapter 13 Case # 21-18799

### RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2022 | $292.00 | 27504674684 | | | |

**Total Receipts: $292.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $292.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 14.60 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | COMMUNITY LOAN SERVICING | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 17,055.03 | 100.00% | 0.00 | 0.00 |

**Total Paid: $14.60**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $292.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $14.60    =    Funds on Hand: $277.40

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.