UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
(908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:
Peter Luna,

Case No.: 21-18799
Chapter: 13
Adv. No.:
Hearing Date: April 7, 2022
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, _Donald C. Goins, Esq._ :

   ☒ represent _____the debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On ___3 / 9 / 2022___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Chapter 13 Transmittal Letter
   - Chapter 13 Plan
   - Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3 / 10 / 2022

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>Specialized Loan Servicing<br>6200 S. Quebec Street<br>Suite 300<br>Greenwood Village, CO 80111 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter Luna<br>17 Country Club Lane<br>Elizabeth, NJ 07208 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |