# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE: § § § § CASE NO. 21-18799-VFP Chapter 13

PETER P LUNA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DLJ Mortgage Capital, Inc | Nationstar Mortgage LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 2
Amount of Claim: $ 554493.84
Date Claim Filed: 01/19/2022

Phone: (800)365-7107
Last Four Digits of Acct #: 2056

Phone: (800) 643-0202
Last Four Digits of Acct.#: 9585

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip                        Date: 12/28/2022

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

IN RE:

PETER P LUNA

§
§   CASE NO.
§   21-18799-VFP
§   Chapter 13
§

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 12/28/2022 via electronic notice unless otherwise stated:

**Debtor**         *Via U.S. Mail*

PETER P LUNA
17 Country Club Ln
Elizabeth, NJ 07208-2607

**Debtors' Attorney**
DONALD C. GOINS
GOINS & GOINS, L.L.C.
323 Washington Ave
Elizabeth, NJ 07202-3330

**Chapter 13 Trustee**
MARIE-ANN GREENBERG
30 Two Bridges Rd Ste 330
Fairfield, NJ 07004-1550

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart