UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Nationstar Mortgage, LLC

In Re:

Peter P. Luna,

Debtor.

Case No.:       21-18799-VFP

Chapter:              13

Hearing Date:      1/19/2023

Judge:              Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 17 Country Club Lane (Docket # 41)

_____

Date: 01/16/2023                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*