DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:  PETER P LUNA                                    Atty:  DONALD C GOINS, ESQ
17 COUNTRY CLUB LANE                                        GOINS & GOINS PA
ELIZABETH, NJ  07208                                        323 WASHINGTON AVE
                                                            ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 21-18799

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $10,512.00**

## RECEIPTS AS OF 01/13/2023                               (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2022 | $292.00 | 27504674684 | 02/07/2022 | $292.00 | 19339501026 |
| 03/11/2022 | $292.00 | 27504690254 | 04/08/2022 | $292.00 | 27504695136 |
| 05/19/2022 | $292.00 | 27504670397 | 06/14/2022 | $292.00 | 27965887503 |
| 07/15/2022 | $292.00 | 27965891542 | 08/16/2022 | $292.00 | 27965897897 |
| 09/13/2022 | $292.00 | 28194555306 | 10/12/2022 | $292.00 | 28194561707 |
| 11/15/2022 | $292.00 | 27965884577 | 12/13/2022 | $292.00 | 28551486014 |
| 01/10/2023 | $292.00 | 28194580811 | | | |

**Total Receipts: $3,796.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,796.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023           (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMMUNITY LOAN SERVICING LLC | 11/14/2022 | $53.20 | 900,610 | | | |
| NATIONSTAR MORTGAGE LLC | 12/12/2022 | $275.94 | 901,850 | | | |
| SHELLPOINT MORTGAGE SERVICING | 01/09/2023 | $275.94 | 904,400 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 164.98 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SHELLPOINT MORTGAGE SERVICING | MORTGAGE ARRE | 278,329.48 | 100.00% | 605.08 | |
| 0002 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 68,226.13 | * | 0.00 | |

**Total Paid: $3,520.06**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $3,796.00     -     Paid to Claims: $605.08     -     Admin Costs Paid: $2,914.98     =     Funds on Hand: $275.94

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.