B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey (Newark)

IN RE:                                                          Case No:                    21-18799

                                                               Loan Number (Last 4):    0148

Debtors: Peter P Luna

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DLJ Mortgage Capital, Inc. | DLJ Mortgage Capital, Inc |
| Serviced by Select Portfolio Servicing, Inc. | c/o Shellpoint Mortgage Servicing |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

Court Claim # (if known):      2
Amount of Claim:               $554,493.84
Date Claim Filed:              01/19/2022
Last Four Digits of Acct #:    2056

Phone:                      1-800-258-8602
Last Four Digits of Acct #:  0148

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:                      1-800-258-8602
Last Four Digits of Acct #:  0148

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:      /s/ John Shelley                                      Date:   02/23/2023
         InfoEx, LLC, as authorized filing agent
         (Approved by: Kiara Richardson)

Specific Contact Information:

Kiara Richardson - BK Specialist

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.