| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 482-1400<br>File No. 231667-1<br>Attorneys for Secured Creditor: DLJ Mortgage Capital, Inc. |

| In Re:<br><br>Peter P Luna | Case No.: 21-18799-VFP<br>Chapter 13<br><br>Judge: Vincent F. Papalia |
|---|---|

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of DLJ Mortgage Capital, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Roger Fay, Esquire
Milstead & Associates, LLC
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

| DATED: March 1, 2023 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ Roger Fay<br>Roger Fay, Esquire<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 482-1400<br>Attorneys for Secured Creditor |
|---|---|