UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1979
Attorney for the Debtor

In Re:
Peter P. Luna,

Case No.: 21-18799
Chapter: 13
Adv. No.:
Hearing Date: 10 / 19 / 2023
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, __Donald C. Goins, Esq.__ :

    ☒ represent __the debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __September 20, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Chapter 13 Plan Transmittal
    - Chapter 13 Modified Plan [Doc 88]
    - Market Analysis
    - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 20, 2023

/s/ Donald C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>Wilmington Trust, N.A. Trustee<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec St.<br>Greenwood Village, Colorado 80111 | Creditor with 2nd mortgage on<br>17 Country Club Lane<br>Elizabeth, NJ 07208 | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| DLJ Mortgage Capital, Inc.<br>c/o Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165 | Secured Creditor with 1st Mortgage on<br>17 Country Club Lane<br>Elizabeth, NJ 07208 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Select Portfolio Servicing<br>c/o Denise E. Carlon, Esq.<br>KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for the Secured Creditor with 1st Mortgage on<br>17 Country Club Lane<br>Elizabeth, NJ 07208 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter P. Luna<br>17 Country Club Lane<br>Elizabeth, NJ 07208 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |