# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

IN RE:                                                    CASE NO.: 21-18799

                                                                             CHAPTER 13

Peter P Luna,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DLJ Mortgage Capital, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                            Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                            Authorized Agent for Secured Creditor
                                            130 Clinton Rd #202
                                            Fairfield, NJ 07004
                                            Telephone: 470-321-7112

                                            By: /s/Sindi Mncina
                                                Sindi Mncina
                                                Email: smncina@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 4, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PETER P LUNA
17 COUNTRY CLUB LANE
ELIZABETH, NJ 07208

And via electronic mail to:

DONALD C. GOINS
GOINS & GOINS, L.L.C.
323 WASHINGTON AVENUE
ELIZABETH, NJ 07202

MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE
30 TWO BRIDGES RD
SUITE 330
FAIRFIELD, NJ 07004-1550

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

By: /s/ Emily Cheng