DONALD C GOINS, ESQ
GOINS & GOINS PA
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:   PETER P LUNA  
     17 COUNTRY CLUB LANE  
     ELIZABETH,  NJ  07208

Atty:   DONALD C GOINS, ESQ  
      GOINS & GOINS PA  
      323 WASHINGTON AVE  
      ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 21-18799

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $32,483.00**

## RECEIPTS AS OF 01/01/2024 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 01/03/2022 | $292.00 | 27504674684 | 02/07/2022 | $292.00 | 19339501026 |
| 03/11/2022 | $292.00 | 27504690254 | 04/08/2022 | $292.00 | 27504695136 |
| 05/19/2022 | $292.00 | 27504670397 | 06/14/2022 | $292.00 | 27965887503 |
| 07/15/2022 | $292.00 | 27965891542 | 08/16/2022 | $292.00 | 27965897897 |
| 09/13/2022 | $292.00 | 28194555306 | 10/12/2022 | $292.00 | 28194561707 |
| 11/15/2022 | $292.00 | 27965884577 | 12/13/2022 | $292.00 | 28551486014 |
| 01/10/2023 | $292.00 | 28194580811 | 02/10/2023 | $292.00 | 28577154420 |
| 03/13/2023 | $631.00 | 28592265780 | 04/11/2023 | $631.00 | 28779857493 |
| 05/11/2023 | $631.00 | 28579106046 | 06/09/2023 | $631.00 | 28841854882 |
| 07/18/2023 | $631.00 | 28811074937 | 08/15/2023 | $631.00 | 28579121818 |
| 09/14/2023 | $631.00 | 28579124788 | 10/17/2023 | $631.00 | 28980213085 |
| 11/22/2023 | $631.00 | 29171179067 | 12/20/2023 | $631.00 | 29084936422 |

**Total Receipts: $10,398.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $10,398.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| COMMUNITY LOAN SERVICING LLC | | | | | | |
| | 11/14/2022 | $53.20 | 900,610 | | | |
| NATIONSTAR MORTGAGE LLC | | | | | | |
| | 12/12/2022 | $275.94 | 901,850 | | | |
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 03/13/2023 | $263.19 | 906,487 | 03/13/2023 | $12.75 | 906,487 |
| | 04/17/2023 | $568.75 | 908,040 | 04/17/2023 | $27.55 | 908,040 |
| | 05/15/2023 | $568.75 | 909,713 | 05/15/2023 | $27.55 | 909,713 |
| | 06/12/2023 | $589.98 | 911,164 | 07/17/2023 | $589.98 | 912,685 |
| | 08/14/2023 | $589.98 | 914,215 | 09/18/2023 | $589.98 | 915,695 |
| | 10/16/2023 | $589.98 | 917,217 | 11/13/2023 | $580.52 | 918,643 |

**Chapter 13 Case # 21-18799**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 12/11/2023 | $580.52 | 920,079 | | | | |
| SHELLPOINT MORTGAGE SERVICING | | | | | | | |
| | 01/09/2023 | $275.94 | 904,400 | | 02/13/2023 | $263.19 | 905,950 |
| | 02/13/2023 | $12.75 | 905,950 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * | |
|---|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 606.98 | TBD | |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | | 0.00 |
| 0001 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 2,268.96 | 100.00% | 2,268.96 | | |
| 0002 | SPECIALIZED LOAN SERVICING LLC | UNSECURED | 68,226.13 | * | 0.00 | | |
| 0003 | SELECT PORTFOLIO SERVICING INC | (NEW) MTG Agree | 13,454.58 | 100.00% | 4,428.43 | | |
| 0004 | NEW YORK STATE DEPARTMENT OF TAX | PRIORITY | 343.63 | 100.00% | 343.63 | | |

**Total Paid: $10,398.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $10,398.00    -    Paid to Claims: $7,041.02    -    Admin Costs Paid: $3,356.98    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.