UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                               CASE NO.: 21-18799-VFP
                                                     CHAPTER 13

      Peter P Luna,

      Debtor.

_____/

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCAF Acquisition TrustT<br>Name of Transferee | DLJ Mortgage Capital, Inc.<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance LP<br>Attn: BK Dept<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Court Claim # (if known): 2-2<br>Amount of Claim: $554,493.84<br>Date Claim Filed: 1/20/2022 |
| Phone: 877-735-3637<br>Last Four Digits of Acct #: 1775 | Phone: 800-258-8602<br>Last Four Digits of Acct #: 0148 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Phone: 877-735-3637
Last Four Digits of Acct #: 1775

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Francisco Cardona      Date:  September 17, 2024

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Peter P Luna
17 Country Club Lane
Elizabeth, NJ 07208

And via electronic mail to:

Donald C. Goins
Goins & Goins, L.L.C.
323 Washington Avenue
Elizabeth, NJ 07202

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

By: /s/ Francisco Cardona

Email: fcardona@raslg.com