| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    PETER P LUNA |

Order Filed on October 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-18799 VFP

Hearing Date:  10/3/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 4, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): PETER P LUNA

Case No.: 21-18799

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/03/2024 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend the time to obtain a loan modification by 10/10/2024 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan to extend the time to obtain a loan modification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.