# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: § §  
§ CASE NO. 21-18799  
PETER P. LUNA §  
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Trust, National Association, as Successor Indenture Trustee to Citibank, N.A., as Indenture Trustee of SACO I Trust 2006-12, Mortgage-Backed Notes, Series 2006-12 C/o NewRez LLC d/b/a Shellpoint Mortgage Servicing | Wilmington Trust, N.A. Trustee (See 410) c/o Specialized Loan Servicing LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**  
    **P.O. Box 10826**  
    **Greenville, South Carolina 29603-0826**

Court Claim # (if known): 1-1  
Amount of Claim: $68,226.13  
Date Claim Filed: 1/5/2022

Phone: **(800) 365-7107**  
Last Four Digits of Acct #: **xxxxxx2396**

Phone: (800) 315-4757  
Last Four Digits of Acct.# xxxxxx**2396**

Name and Address where transferee payments should be sent (if different from above):

    **NewRez LLC d/b/a Shellpoint Mortgage Servicing**  
    **P.O. Box 10826**  
    **Greenville, South Carolina 29603-0826**

Phone: (800) 365-7107  
Last Four Digits of Acct #: **xxxxxx2396**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Paul W. Cervenka      Date: 10/04/2024  
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before October 09, 2024 via U.S Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**     *Via U.S. Mail*
Peter P. Luna
17 Country Club Lane
Elizabeth, NJ 07208

        Respectfully Submitted,

        /s/ Paul W. Cervenka
        Paul W. Cervenka