Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  21−18799−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Peter P Luna
  17 Country Club Lane
  Elizabeth, NJ 07208

Social Security No.:
  xxx−xx−4441

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/15/25 at 10:00 AM

to consider and act upon the following:

*138* – Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/24/2025. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*141* – Certification in Opposition to Trustee Certification of Default (related document:138 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 4/24/2025. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Donald C. Goins on behalf of Peter P Luna. (Goins, Donald)

Dated: 4/25/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court