UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on May 16, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   PETER P LUNA

Case No.:  21-18799 VFP

Hearing Date:  5/15/2025

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 16, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): PETER P LUNA

Case No.: 21-18799

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/15/2025 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to extend time to obtain a loan modification by 5/22/2025 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a modified plan to extend time to obtain a loan modification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.