| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DONALD C. GOINS, ESQ. (DCG1005)<br>GOINS & GOINS, LLC<br>323 Washington Avenue<br>Elizabeth, NJ 07202<br>Phone: (908) 351-1984<br>dcgoins1@gmail.com<br>Attorney for the Debtor | Case No.: 21-18799<br><br>Chapter: 13 |
| In Re:<br><br>Peter P. Luna, | Adv. No.:<br><br>Hearing Date: 7 / 3 / 2025<br><br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, __Donald C. Goins, Esq.__ :

    ☒ represent __the debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __May 23, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    - Notice of Chapter 13 Plan Transmittal
    - Modified Chapter 13 Plan
    - Market Analysis
    - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __May 23, 2025__                              /s/ Donald C. Goins, Esq.
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>NewRez d/b/a Shellpoint Mortgage<br>75 Beattie Place<br>Suite LL202<br>Greenville, SC 29601 | Managing Agent for the Creditor with 2nd Mtg on debtor's property that is being crammed down | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Peter P. Luna<br>17 Country Club Lane<br>Elizabeth, NJ 07208 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |