## UPDATED CERTIFICATION REGARDING
## LOAN MODIFICATION

March 3, 2026

Dear Chapter 13 Trustee,

I am Peter Luna and I am sending you this updated letter to support my Plan requesting additional time to obtain a loan modification to save my home.

I was unfortunate enough to experience serious health issues within the first year of my bankruptcy case. I was hospitalized for several weeks and I had a lengthy recovery that kept me out of work for about a year.

After I recovered, I was able to obtain a loan modification trial offer. My loan was transferred after I received the trial offer but the agreement was not honored by the new mortgage company. They told me several times that they could not "find" the trial offer and I would have to apply again.

Over the past few years, my mortgage loan has been transferred from Community Loan Servicing to Nationstar, then to Select Portfolio, then to Shellpoint, then to Selene, then back to Shellpoint. My previous Certification was filed on October 1, 2024 and then my mortgage was transferred again just a few days later. It was transferred to New Rez on October 9, 2024. I have had to start and stop several times.

Lastly, I had to stop working in early 2025 and I had no income. Around July 2025, I began operating a catering business with my brother. The business is new so the income is not what I was earning during my employment or when I collected unemployment. I am expecting the business to generate more income soon and then I can update my loan modification application with my business income.

I am hopeful that I am finally in a position to obtain a loan modification and save my property.

I certify that the statements made by me are true and I am aware that if any of the information provided is willfully false, I am subject to punishment.

Peter Luna
Debtor